IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMAL BULLOCK-BEY,                    )
                                      )
                Petitioner,           )
                                      )
        v.                            )        1:13CV201
                                      )
KIERAN J. SHANAHAN,                   )
                                      )
                Respondent.           )

ORDER

On July 9, 2013, the United States Magistrate Judge's Recommendation was filed and

notice was served on the parties pursuant to 28 U.S.C. § 636.  Petitioner filed objections [Doc.

#4] to the Recommendation within the time limit prescribed by Section 636.  The Court has

reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United

States Magistrate Judge's Recommendation [Doc. #2] which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is construed as a habeas petition under

28 U.S.C. § 2254 and is dismissed *sua sponte* without prejudice to Petitioner filing a new petition

which corrects the defects in the current Petition, and that, finding no substantial issue for

appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable

procedural ruling, a certificate of appealability is DENIED.

This, the 20th day of August, 2013.

United States District Judge